In re: **Debtor(s):**
Rashad Hakeem Moody – See below for reported alias information. xxx–xx–0983
– See below for reported alias information.

Case No.: 15–44340 –A705

CHAPTER 7

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the Court orders that the application be:

DENIED. The debtor shall pay the Chapter 7 filing fee according to the following terms:

 50% ($167.50) OF THE FILING FEE WITHIN 7 DAYS OF THE DATE OF THIS ORDER. (L.R. 1006(A))
$167.50 on or before 6/17/15
$56.00 on or before 8/7/15
$56.00 on or before 9/8/15
$55.50 on or before 10/7/15

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE AS SPECIFIED ABOVE, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE WITHOUT FURTHER NOTICE OR HEARING.

**BY THE COURT:**

*Charles Rendlen III*

**U.S. Bankruptcy Judge**

Dated: 6/10/15
St. Louis, Missouri
Rev 04/15 ifp

**Reported Alias Information:**
Rashad Hakeem Moody –
–